Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletree.com
Elody C. Tignor
Nevada Bar No. 15663
elody.tignor@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendants Neva One, LLC dba Hard Rock Hotel & Casino Lake Tahoe, and Paragon Gaming, LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| NATALIE HUNTER, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>HARD ROCK HOTEL & CASINO – LAKE TAHOE, a corporation; PARAGON GAMING, LLC, a limited liability company; NEVA ONE, LLC, a limited liability company; and DOES 1-20, inclusive;<br><br>Defendants. | Case No.: 3:22-CV-00215-MMD-CSD<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT PARAGON GAMING, LLC & THIRD CAUSE OF ACTION, WITH PREJUDICE** |

Defendant Neva One, LLC dba Hard Rock Hotel & Casino Lake Tahoe[1] ("Hard Rock"), Defendant Paragon Gaming, LLC ("Paragon Gaming," collectively, with Hard Rock, the "Defendants"), and Plaintiff Natalie Hunter ("Plaintiff"), by and through their respective undersigned counsel, HEREBY STIPULATE AND AGREE:

---

[1] Plaintiff erroneously named Neva One, LLC and Hard Rock Hotel & Casino Lake Tahoe as two separate defendants. The correct employer name is Neva One, LLC dba Hard Rock Hotel & Casino Lake Tahoe.

1

1. Defendant Paragon Gaming, LLC be dismissed from this action with prejudice with regard to all claims related to and asserted in this matter; and

2. Plaintiff's Third Cause of Action for Wrongful Termination in Violation of Public Policy be dismissed with prejudice.

Each party is to bear their own fees and costs; however, nothing in this dismissal shall limit or constrain the right of either Plaintiff or Hard Rock, to recover attorney's fees or costs to the extent the law allows the same.

Dated this 20th day of January, 2023.
LAGSTEIN LAW FIRM, P.C.

/s/ Eran Lagstein
Eran Lagstein, Esq.
Nevada Bar No. 7413
1801 Century Park East, 24th Fl.
Los Angeles, CA 90067

Dominique Geller
Nevada Bar No. 11969
Dominique Geller, LLC
4650 W. Charleston Blvd.
Las Vegas, NV 89102

*Attorneys for Plaintiff Natalie Hunter*

Dated this 20th day of January, 2023.
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Elody C. Tignor
Anthony L. Martin
Nevada Bar No. 8177
Elody C. Tignor
Nevada Bar No. 15663
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135

*Attorneys for Defendants Neva One, LLC dba Hard Rock Hotel & Casino Lake Tahoe, and Paragon Gaming, LLC*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

January 20, 2023
DATE