Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletree.com
Elody C. Tignor
Nevada Bar No. 15663
elody.tignor@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendants Neva One, LLC dba Hard Rock Hotel & Casino Lake Tahoe, Paragon Gaming, LLC*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| NATALIE HUNTER, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>HARD ROCK HOTEL & CASINO – LAKE TAHOE, a corporation; PARAGON GAMING, LLC, a limited liability company; NEVA ONE, LLC, a limited liability company; and DOES 1-20, inclusive;<br><br>Defendants. | Case No.: 3:22-CV-00215-MMD-CSD<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF CASE, WITH PREJUDICE** |

　　　　IT IS HEREBY STIPULATED, by and between Plaintiff Natalie Hunter ("Plaintiff") and Defendant Neva One, LLC dba Hard Rock Hotel & Casino Lake Tahoe,[1] by and through their respective undersigned counsel, that all claims Plaintiff had or may have had against Defendants, that are contained in, reasonably related to, or could have been brought in the above-captioned action,

/ / /

/ / /

---

[1] Plaintiff erroneously named Neva One, LLC and Hard Rock Hotel & Casino Lake Tahoe as two separate defendants. The correct employer name is Neva One, LLC dba Hard Rock Hotel & Casino Lake Tahoe.

are hereby dismissed, with prejudice, in their entirety. Each party is to bear their own fees and costs.

| | |
|---|---|
| Dated this 3rd day of August, 2023.<br>LAGSTEIN LAW FIRM, P.C. | Dated this 4th day of August, 2023.<br>OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| /s/ Eran Lagstein<br>Eran Lagstein, Esq.<br>Nevada Bar No. 7413<br>5940 S. Rainbow Blvd.<br>Las Vegas, NV 89118<br><br>*Attorney for Plaintiff Natalie Hunter* | /s/ Elody C. Tignor<br>Anthony L. Martin<br>Nevada Bar No. 8177<br>Elody C. Tignor<br>Nevada Bar No. 15663<br>10801 W. Charleston Blvd.<br>Suite 500<br>Las Vegas, NV 89135<br><br>*Attorneys for Defendants Neva One, LLC dba Hard Rock Hotel & Casino Lake Tahoe, Paragon Gaming, LLC* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

August 4, 2023
DATE

2